DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHEL SHANE MCFARLING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-0386 OWW |
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE HEARING; ORDER |
| v. | |
| MICHAEL SHANE MCFARLING, | Date:   April 25, 2011 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

Assistant United States Attorney David Gappa, Counsel for Plaintiff, and Assistant Federal Defender

Victor M. Chavez, Counsel for Defendant Michael Shane McFarling, that the status conference currently

set for April 4, 2011, **may be continued to April 25, 2011 at 9:00 a.m.**

The defense proposes this stipulation in order to attempt to reach a plea resolution in this case.

The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of

justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3161(h)(7)(B)(i) and (iv).

///

///

1       BENJAMIN B. WAGNER
        United States Attorney
2

3  DATED: March 31, 2011              By:   /s/ David Gappa
                                             DAVID GAPPA
4                                            Assistant United States Attorney
                                             Counsel for Plaintiff
5

6

7                                            DANIEL J. BRODERICK
                                             Federal Defender
8

9  DATED: March 31, 2011              By:   /s/ Victor M. Chavez
                                             VICTOR M. CHAVEZ
10                                           Assistant Federal Defender
                                             Attorney for Defendant
11                                           MICHAEL SHANE MCFARLING

12

13                              **ORDER**

14

15

16

17

18

19

20  IT IS SO ORDERED.

21  **Dated:    March 31, 2011**            /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

MCFARLING: Stipulation Continuing/
Status Conference Order                     −2−