BENJAMIN B. WAGNER
United States Attorney
JEREMY R. JEHANGIRI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: 559-497-4000

Attorneys for Plaintiff
  United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | 1:10-cr-00386-OWW |
|             ) | |
|          Plaintiff,   ) | STIPULATION AND AGREEMENT TO |
|             ) | CONTINUE TRIAL CONFIRMATION AND |
| v.           ) | MOTIONS *IN LIMINE* HEARINGS; |
|             ) | **ORDER** |
| MICHAEL SHANE MCFARLING,   ) | |
|             ) | |
|          Defendant.   ) | Honorable Oliver W. Wanger |

The United States of America, by and through Assistant United States Attorney Jeremy R. Jehangiri, and Defendant Michael Shane McFarling, by and through his counsel, Victor M. Chavez, submit this stipulation for the Court's consideration.

IT IS STIPULATED AND AGREED:

1.   Pursuant to this Court's order that the jury trial date in this case be continued from September 27, 2011, to December 6, 2011, at 9:00 a.m., and pursuant to the parties stipulation that the ends of justice are served by the Court excluding such time, so that counsel for the United States and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(7)(B)(iv), the parties further request

1

that the **Trial Confirmation and Motions *in Limine* Hearings be likewise continued to November 21, 2011, at 9:00 a.m.**

2. The parties stipulate and agree that their respective motions *in limine* shall be due on or before November 11, 2011. Any responses to such motions *in limine* shall be due on or before November 16, 2011.

3. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. The parties are also engaged in extensive plea negotiations, and this case may be resolved without a trial. The parties stipulate that further discussions relating to a plea agreement and additional time to engage in such plea negotiations would allow for effective representation, taking into account the exercise of due diligence, and for efficient use of the Court's time and resources.

SO STIPULATED AND AGREED.

Dated: September 9, 2011   /s/ *Jeremy Jehangiri*
                           Jeremy R. Jehangiri
                           Assistant United States Attorney

Dated: September 9, 2011   /s/ *Victor M. Chavez*   (as authorized)
                           Victor M. Chavez
                           Attorney for Defendant,
                             Michael Shane McFarling

**ORDER**

IT IS SO ORDERED.

**Dated:   September 9, 2011**           /s/ **Oliver W. Wanger**
                                     UNITED STATES DISTRICT JUDGE