BENJAMIN B. WAGNER
United States Attorney
JEREMY R. JEHANGIRI
Assistant United States Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
     United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:10-CR-00386-AWI |
| Plaintiff, | ) PRELIMINARY ORDER OF |
| | ) FORFEITURE |
| v. | ) |
| MICHAEL SHANE McFARLING, | ) |
| Defendant. | ) |

Based upon the plea agreement entered into between United States of America and defendant Michael Shane McFarling, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Shane Michael McFarling's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. HP Touchsmart TX2 laptop computer, serial number CNF9071H74.

2. The above-listed asset constitutes property containing visual depictions produced, transported, mailed, shipped, or received in interstate or foreign commerce in violation of 18 U.S.C. § 2252(a)(2).

3.      Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the United States Marshals Service in its secure custody and control.

4.      a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.      If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   March 19, 2012                    _____
                                           CHIEF UNITED STATES DISTRICT JUDGE

Preliminary Order of Forfeiture