Case 1:10-cr-00386-AWI   Document 36   Filed 04/25/12   Page 1 of 2

DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHEL SHANE MCFARLING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-0386 AWI |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO RESET DATES FOR FILING OBJECTIONS AND SENTENCING; ORDER** |
| v. | ) | |
| MICHAEL SHANE MCFARLING, | ) | Date:  June 4, 2012 |
| Defendant. | ) | Time:  10:00 AM<br>Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Jeremy R. Jehangiri, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Michael McFarling, that the sentencing date and the dates for filing objections may be reset as follows:

Informal objections now due April 23, 2012 may be filed by May 7, 2012.

Formal objections now due May 7, 2012 may be filed by May 21, 2012, and

Sentencing now set for May 14, 2012 may be moved to June 4, 2012.

Defendant has proposed this stipulation based on counsel's inability to review the presentence report with his client who is housed at the Lerdo facility.

///

///

|     |                          |     |                                  |
| --- | ------------------------ | --- | -------------------------------- |
|   1 |                          |     | BENJAMIN B. WAGNER               |
|   2 |                          |     | United States Attorney           |
|   3 | DATED: April 24, 2012    | By: | /s/ *Jeremy R. Jehangiri*        |

DATED: April 24, 2012        By:    /s/ *Jeremy R. Jehangiri*
                                    JEREMY R. JEHANGIRI
                                    Assistant United States Attorney
                                    Counsel for Plaintiff

                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: April 24, 2012        By:    /s/ *Victor M. Chavez*
                                    VICTOR M. CHAVEZ
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    MICHAEL SHANE MCFARLING

**ORDER**

IT IS SO ORDERED.

Dated:    April 24, 2012                    _____
                                            CHIEF UNITED STATES DISTRICT JUDGE

MCFARLING: Stipulation To Continue Sentencing;
[Proposed] Order Thereon                    -2-