DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHEL SHANE MCFARLING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-0386 AWI |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO RESET DATES FOR FILING OBJECTIONS AND SENTENCING; ORDER** |
| v. | ) | |
| MICHAEL SHANE MCFARLING, | ) | Date: June 11, 2012 |
| Defendant. | ) | Time: 10:00 AM |
|  | ) | Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Jeremy R. Jehangiri, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Michael McFarling, that the sentencing date and the dates for filing objections may be reset as follows:

   Informal objections now due May 21, 2012

   Formal objections may be filed by June 4, 2012, and

   Sentencing may be moved to June 11, 2012.

   Defendant has proposed this stipulation based on counsel's need for additional time to consult with his client who is housed at the Lerdo facility.

///

///

|   |   |   |
|---|---|---|
|   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: May 16, 2012 | By: | /s/ *Jeremy R. Jehangiri*<br>JEREMY R. JEHANGIRI<br>Assistant United States Attorney<br>Counsel for Plaintiff |
|   |   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: May 16, 2012 | By: | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>MICHAEL SHANE MCFARLING |

**ORDER**

IT IS SO ORDERED.

Dated:   May 16, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE