BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
    United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CR-00386-AWI |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| MICHAEL SHANE McFARLING, | |
| Defendant. | |

WHEREAS, on March 19, 2012, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Michael Shane McFarling forfeiting to the United States the following property:

    a.   HP Touchsmart TX2 laptop computer, serial number CNF9071H74.

AND WHEREAS, beginning on March 24, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court

1  within sixty (60) days from the first day of publication of the
2  notice for a hearing to adjudicate the validity of their alleged
3  legal interest in the forfeited property;
4      AND WHEREAS, the Court has been advised that no third party
5  has filed a claim to the subject property, and the time for any
6  person or entity to file a claim has expired.
7      Accordingly, it is hereby ORDERED and ADJUDGED:
8      1.   A Final Order of Forfeiture shall be entered forfeiting
9  to the United States of America all right, title, and interest in
10 the above-listed property pursuant to 18 U.S.C. § 2253, to be
11 disposed of according to law, including all right, title, and
12 interest of Michael Shane McFarling.
13     2.   All right, title, and interest in the above-listed
14 property shall vest solely in the name of the United States of
15 America.
16     3.   The United States Marshals Service shall maintain
17 custody of and control over the subject property until it is
18 disposed of according to law.
19
20 IT IS SO ORDERED.
21
22 Dated:    October 5, 2012
                                   CHIEF UNITED STATES DISTRICT JUDGE